1  LAW OFFICES OF LARRY ZERNER
   Larry J. Zerner, Esq. (Bar No. 155473)
2  1925 Century Park East, Suite 500
   Los Angeles, CA 90067
3  Telephone: (310) 203-2299
   Facsimile: (208) 460-5136
4
   IDELL, BERMAN, SEITEL & RUTCHIK LLP
5    Richard J. Idell, Esq. (Bar No. 069033)
     Patricia De Fonte, Esq. (Bar No. 223923)
6  465 California Street, Suite 300
   San Francisco, CA 94104
7  Telephone: (415) 986-2400
   Facsimile: (415) 392-9259
8
   Attorneys for Plaintiff
9  Jeff Bergquist

10 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Charles K. Verhoeven, Esq. (Bar No. 170151)
11 50 California Street, 22nd Floor
   San Francisco, California 94111
12 Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
13
   Attorneys for Defendant
14 Home Box Office

15
                  UNITED STATES DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA
17
                       NORTHERN DIVISION
18

| | |
|---|---|
| JEFF BERGQUIST, an individual, | CASE NO. 05-02350 (JCS) |
| Plaintiff, | |
| v. | |
| HOME BOX OFFICE, a division of Time Warner L.P., DANIEL KNAUF, an individual, and DOES 1-200, inclusive, | **JOINT STIPULATION TO EXTEND TIME OF HOME BOX OFFICE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| Defendants. | |

/84859.1
7/1/05 10:42

JOINT STIPULATION TO EXTEND TIME

Pursuant to Civil Local Rule 6-1(a), IT IS HEREBY STIPULATED by and between plaintiff Jeff Bergquist and defendant Home Box Office ("HBO"), through their respective counsel of record, that HBO may have an extension of time until and including August 1, 2005 to answer or otherwise respond to Plaintiff's Complaint in this action.

DATED: June 30, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES

By _____
Charles K. Verhoeven
Attorneys for Defendant
HOME BOX OFFICE

DATED: June 30, 2005

LAW OFFICES OF LARRY ZERNER

By _____
Larry J. Zerner, Esq.
Attorneys for Plaintiff
JEFF BERGQUIST

Dated: July 12, 2005

IT IS SO ORDERED
Magistrate Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA